# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

DAVID NIXON
SSAN: XXX-XX-6603

Debtor(s)

Case No. 15-31672-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Monday, April 13, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Tuesday, August 4, 2015.

(X) Debtor was to provide 2014 tax returns
(X) Debtor was to amend Schedule I to list new employer and income.
(X) Debtor was to provide tax assessors value of land.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Tuesday, September 8, 2015.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ *Curtis C. Reding*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Tuesday, 8 September, 2015.

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

/s/ *Curtis C. Reding*

Curtis C. Reding

DAVID NIXON
609A BOB RD
PRATTVILLE , AL 36067